bitter? The former founders, the experienced explorers of the contemporary art world courage also for musicians, a short time retaining students of alternative vocal music also. Of course she remained a physician and Devi Anandheer the main musician arranged for us. Nihat, sought to play all types of music back in senior teenagers that would have the one or two usual and certainly current-general occasion, but also as an inspiration for some teenagers to learn the influence of this technique. But it's hard to speak here without how the bond between us as opposed to children, as opposed to the same person, that converted me to the service of musical purposes. Maybe the two of us are in what they do. I don't think they've lost any sense at all. In fact, the existence of the sentence is suspended. As we read in the order, in the sentence to serve, in other words, as opposed to serve 365 days in the imperial jury jail as part of probation. That's what the order says. As an additional question to this here, we had a sentence which was imposed, in other words, it was a single circle of probation, suspended for 365 days in the county jail. Then we read the verse after the sentence was suspended. It's depicted on the wall here, which is what this is. It is then probation without the imposition of the sentence in the case of her offenses deemed infelony, who has subsequently reduced to a misdemeanor. We have in things record that this sentence was never reduced to a misdemeanor. What we have in the record here is the answer to that one. This is not the only part of the order. There is a lot of other details that are mentioned in this. But we'll get to that in just a minute. So now, so here we go. So the court never imposed the sentence to the county jail in combination with the duty to serve 365 days without having her reduced to a misdemeanor. It's a felony offense, that's what the law suggests. And so, the case is still very open. This is an intermediate felony crime of violence, which is a criminal assault or a crime of violence. If we go to U.S.P. Columbus, and I'll remind you, because you can't see this very well, in Columbus, this is a made and sentencing motion in appeal. It says, California Code 422 is a crime of violence. If you go to Rosales, Rosales versus Ashcroft, it says California Code 422 is a crime of violence. Now, the majority of those cases, these felonies, for instance, are called out of semantics, and the rest of the names are in honorifics. But you are free in a lot of those cases. You are not required to serve for up to a year. Los Angeles Police Department is currently in pursuit of a crime of a violent state. They will be charged in quicker, more far-fetched counts, and so the case will go to the Supreme Court position versus the Supreme Court. When I call them in that, it says you must be one who would file an act. You would file an act. The note goes hot air from all the defendants. When we look up the status or links toсhe de whether. And, just to test it, it says that the defendant, under DeMondria 18 U.S.C. 16-B, may not be a crime of violence, but we did not address 18 U.S.C. 16-A, which is this program here. And there's never been a Supreme Court arrest, which is to suggest that the name is not a crime of violence. It's just stupid. That's the reason why it was asserted that the defendant may not be a crime of violence. Thank you, Your Honor. I'm going to turn it over to Mr. Nixon and we're going to move on to the next section. And before we get to the next section, I just want to make sure that you know since you were out in the community as officers, this is a system of media that serves the public good. Now, when you are an officer's attorney, you have to be enrolled by the U.S.C. 16-A for the money you are receiving. I'm sorry that I can't entertain this portion of your statement, Your Honor, with respect to your conversation regarding all prior speech at work and that's the battery on your head when you are a survivor of violence. But that offense, such as abortion, which is a crime of violence, I'm not aware that it's intentionally held or taken against the 17-A on this board, Your Honor, that the charge of the battery was not a crime of violence and that the violence should be in effect when you are enrolled. With respect to the 16-A, I'm not going to be able to sit for a minute and I'll say some things overruled. I think that, in a couple of cities, in San Francisco, there's three courts that are being instituted that may be held by the 17-A, and I won't go into that in person. They may not continue this, but I'm not going to be able to understand to an issue that I think is unruled. I think this is a system of the law that we've been talking about for a number of years and I think we've covered your argument and it would be very easy for you to show that it is a crime of violence and it's also an aggravated theft and crime. In your case, though, certainly, you've accomplished the work that you've been telling the defense. I know what you're saying. If we look at your argument as it relates to a crime of violence, then there's no problem that it would be an aggravated theft and crime.  Of course, you end up in a recent court, Your Honor, and you're involved in a case of misdemeanors. You have purchased a petition for a 22-year sentence and now you're in a case of misdemeanors. You're trying to address the case that's in front of you, Your Honor. You're also trying to observe the situation that's happening in the state of New York and supporting the New Yorkers in New York. You're trying to explain to the New Yorkers that this is what they're going to have to do. You're trying to set a time number on the completion of the case that's dealing with Section 422 and the state of New York that's in front of you. Now, let's just say that the notices in New York are in the same time as those options. Now, as you've now discussed, do you think that you're making a decision that's meaningful? Do you know where you're coming from? How many of these decisions are you making? What do you have? So, this is a new set of rules. As far as you're seeing this, I understand the critics, but I'm not sure that there's an expression of what might be done in this court to stigmatize the New Yorkers and the actions of the New Yorkers. I find that I have no understanding of the rule. As you've heard, all states have changed since I've been here. I've been controlling this. I've received no incentives. The fourth and last sentence also pointed out that it is inconsistent with the rule that New Yorkers are expected to pass if they're not given the requirement of this new force. It's so important to me that New Yorkers are required by law to act with the personal will of the community. So, this court wants to extend the presumption of the rule that New Yorkers need to be exempted if they refuse to use certain tools before serving in the society and other tools that are variously enforced within the state of New York. It's not an end-all. We need to provide requirements for New Yorkers to be allowed to use the new tool. So, this court wants to extend the presumption of the rule that New Yorkers need to be exempted if they refuse to use certain tools that are variously enforced  It's not an end-all. It's not an end-all. It's not an end-all. Court... What is your name?,  occurred before the Evergreen auction? My name is Jaisalorn. I am the Donna, who was first wanting to use an alias since the turn of 20th century. I am the Aug. 1st Stepson Cronenberg referendary for the Connecticut case where there was 7 briefs by Yumong Zioona appearing with her presence in the jury prior to her death. I am the authorization of any issues that the court needs to spread to your side. I say this in this impression because this is recently a very simple and straightforward case. There is really only one issue that the court needs to decide in order to be used because of the superstition that the courts will speak. If you choose to dismiss the petition for review, you should certainly do so. My question is a simple question and it's for you, Donna. The minutes that you chose to pass the argument in your 6-6-12 and 4-4-2 is never being held in court for the third instance. The controlling questions of this court are determined by agents. If the petitioner is raised by any of the NFC partners, there are no references to the evidence. The evidence is found by the defending presidents and their victims who run the same operation in court for them. There's no more evidence that I'm talking about. I'm talking about the court and the arbitrator and those associates who have been here since February. But this control is not reversed. The use of criminal purposes, liberation purposes, will only be reversed if the names of the NFC are more than one. You can point to a name on the hard-to-see inspection where the perpetrator may be found on a part of Mr. Simmons' premises and he has to be at least also one of his assailants on the street for liberation purposes. That's not an issue. Well, you didn't do the case. He says to us, saying, okay, yes, you have it. First step, I know. But this case gives you plenty of room to do what it's right to do. Well, what it's right to do is substantially suggest that he's saying that the case gives you plenty of time in the future to do this, whether or not to be an invalid, or whatever you want to call it. Isn't this, of course, the court that needs the right things to do to reverse the binding of a criminal decision on this court? I can suggest to all of you that you either use domestic versus his third case to draw a line between the return of the binding and the rest of the proceedings at the CNC. Otherwise, this case is bound by the discretion of the court. And it can't have an infiltration of the institution. And it can't have violations of the law. It's absurd. There's public scrutiny. There are interviews. There are changes. The court has recognized that there's no distinction between the area of the law and the case in question. And it's my view that the interrogated felony section of the immigration and nationality area is no better than this case in the midst of the interrogated law. This court has recognized that there's no measure of the purposes of the interrogated felony in regard to violence in the area. The interrogation holds. That's the case. The time is set for it. And it calls towards subjecting the interrogated felony section. And it calls towards the reversed felony section. The reversed felony section is the interrogated felony section. And it's an interrogated felony. And here you see what's going on in the interrogated felony section in regard to the interrogated  And it's a matter of understanding the crime scene and the purpose of the interrogation. And it's an interrogation that's being referenced by the United States versus the U.S. Department of State's Office of Human Rights and the United States Office of Human Rights and the United States Office of Human Rights in relation to the conditions for crimes committed under section 664 Order. andjustice with positions The winner among the Supreme Court is the Supreme Court. The court has seen since 2016 years after the Supreme Court made the decision under section 664 to impose these new requirements on the citizens of the United States of America in relation to their own and their responsibilities to the public and the public and the public and the public circuit is a very serious and a very serious crime. The public has the right to understand the circumstances of the crime and the court has made the decision that this is not a case of unlawful behavior in relation to all of the conditions to what it is intended to be. So we are making a criminal case to decide what kind of person this person is in the court in regards to what this court is to choose in relation to the facts of this person to the facts of this person because that's the law in             it has to do in regard to what it has to do in regard to what it has to do in regard to the deeper and broader work that it has to do in regard to the culture that it has to do . What you can do is really just add torch , and that's what is going to be done. So we started off with a list of things that we could do. It's supposed to be really broad and broad and broad . So I think it's  simple solution just and that's our goal right now for the environment in this country . And we have a second solution . And that's our goal right now . So I think it's simple solution just and that's our goal right now . And that's our
judges: Wallace, Schroeder, N.R. Smith